**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | CRIMINAL ACTION NO. |
| v. : | 1:99-CR-126-1-RWS |
| : | |
| SHERWYN FREEMAN, JR., : | |
| : | |
| Defendant. : | |

**ORDER**

Now before the Court for consideration is Defendant's Motion for Modification of Sentence [89] and Motion for a Speedy Ruling [102]. After considering the entire record, the Court enters the following Order.

**Background**

On June 17, 1999, Defendant pleaded guilty to Count One of the Indictment charging him with robbery by force under 18 U.S.C. § 1951, and to Count Two of the Indictment charging him with possession of a firearm during a crime of violence under 18 U.S.C. § 924(c). Defendant was sentenced on October 13, 1999, to serve seventy-eight (78) months in prison on Count One

AO 72A
(Rev.8/82)

and to serve sixty (60) months on Count Two. The sentence for Count Two runs consecutively with the sentence for Count One. Defendant was also sentenced to three (3) years of supervised release.

Defendant has previously filed a motion to dismiss the indictment, a motion under § 2255, and a motion for modification of sentence under 18 U.S.C. § 3582(c).

## Discussion

In his most recent motion, Defendant repeats the same arguments he made in his first motion for modification of sentence brought under 18 U.S.C. § 3582(c) (see Doc. No. 61, 62): that the Amendment 599 to the United States Sentencing Guidelines entitles him to a new sentencing hearing and a reduction of his sentence.

In an Order entered November 6, 2001 [63], this Court denied Defendant's first § 3582(c) motion, after concluding that none of the enhancements or adjustments Defendant alleges in his motion were calculated in his sentence in this case. (See Order of Nov. 6, 2001 [63] at 3.) After discussing Defendant's contentions in detail, the Court concluded that

2

AO 72A
(Rev.8/82)

"Defendant's sentence does not violate the provisions of the amendments to the Sentencing Guidelines."  (Id.)

For the reasons stated in its Order of November 6, 2001, Defendant's Motion for Modification of Sentence [86] is **DENIED**.  Defendant's Motion for a Speedy Ruling [102] is **DENIED as moot**.

## Conclusion

Defendant's Motion for Modification of Sentence [86] is **DENIED**.  Defendant's Motion for a Speedy Ruling [102] is **DENIED as moot**.

**SO ORDERED** this   5th   day of December, 2007.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)